

ORDERED in the Southern District of Florida on December 5, 2014.

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Case No: 14-31629
Chapter 7

In re:
Oneil Robinson and
Donna Marie Griffin; fka
Donna Marie Ferguson
_____ /

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA

THIS CASE came to be heard on December 2, 2014, on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE#12, the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.  The value of the debtor's real property (the "Real Property") located at 7116-7118 NW 78 Avenue, Tamarac, Florida 33321, and more particularly described as:

Lot 13, Block 1, Academy Hills, according to the Plat thereof, as recorded in Plat Book 77, at Page 48, of the Public Records of Broward County, Florida

is $200,000.00 at the time of the filing of this case.

B.  The total of all claims secured by liens on the Real Property senior to the lien of Bank of America (the "Lender") is $303,93.00.

C.  The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $0.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  Lender has an allowed secured claim in the amount of $ 0.00.

3.  Because Lender's secured interest in the Real Property is $0, Lender's mortgage, recorded in OR BOOK 42902, Page 1160 of the official records of Broward County, Florida, shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 7 case.

5.  Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 7 case.

---

US BANKRUPTCY JUDGE

Attorney, Andrew Ponnock, is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.