UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
[*Ft. Lauderdale Division*]
www.flsb.uscourts.gov

IN RE:                                              CASE NO. 14-31629-JKO
                                                    Chapter 7
Oneil Robinson and Donna Marie
Smith fka Donna Marie Griffin fka
Donna Marie Ferguson

      Debtor(s).
_____/

## NOTICE OF APPEAL

Bank of America, N.A., the Respondent, appeals under 28 U.S.C. § 158(a) from the *Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Bank of America* [ECF 33], entered in this contested matter on the 8th day of December, 2014.

The names of all parties to the order and the names addresses and telephone numbers of their respective attorneys are as follows:

| **Appellant:   Bank of America, N.A.** | **Appellees:   Oneil Robinson and Donna Marie Smith fka Donna Marie Griffin fka Donna Marie Ferguson** |
|---|---|
| Laudy Luna Perez<br>Liebler, Gonzalez & Portuondo<br>44 West Flagler Street, Suite 2500<br>Miami, Florida 33130<br>(305)379-0400<br><br>*Counsel for Bank of America, N.A.* | Andrew A Ponnock<br>10100 W Sample Rd 3 Flr<br>Coral Springs, FL 33065<br>954-340-4051<br><br>*Counsel for Oneil Robinson and Donna Marie Smith fka Donna Marie Griffin fka Donna Marie Ferguson* |

CASE NO. 14-31629-JKO<br>**Chapter 7**

Respectfully submitted this 18th day of December, 2014,

          Respectfully submitted,

          By:  */s/ Laudy Luna Perez*
          Laudy Luna Perez
          FBN: 44544
          Mark E. Steiner
          FBN: 28513
          Liebler, Gonzalez & Portuondo
          44 West Flagler Street, Suite 2500
          Miami, Florida 33130
          (305)379-0400
          Email: LLP@lgplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 18th day of December 2014, a copy of the *Notice of Appeal* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

- Attorney for the Debtors, Andrew A Ponnock, 10100 W Sample Rd 3 Flr, Coral Springs, FL 33065
- Oneil Robinson, 5400 SW 22 Street, Hollywood, FL 33023
- Donna Marie Smith, 2376 NW 87 Drive, Coral Springs, FL 33065
- Chapter 7 Trustee, Scott N Brown, 1 SE 3 Ave #1440, Miami, FL 33131
- U.S. Trustee, Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

          /s/ Laudy Luna Perez
          LAUDY LUNA PEREZ